

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00171-CV

| | | |
|---|---|---|
| REX PERFORMANCE PRODUCTS, LLC, Appellant | § | On Appeal from the 141st District Court |
| | § | |
| v. | § | of Tarrant County (141-298129-18) |
| | § | August 22, 2019 |
| MANU BETTEGOWDA AND PREGIS PERFORMANCE PRODUCTS, LLC, Appellees | § | Opinion by Judge Gonzalez |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Rex Performance Products, LLC, shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Ruben Gonzalez_____
Judge Ruben Gonzalez